IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BECKY JANE LITTRELL                                                    PLAINTIFF

V.                              NO. 09-5054

MICHAEL J. ASTRUE,
Commissioner of Social Security                                        DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, the court hereby reverses the decision of the ALJ and remands this case to the Commissioner for further proceedings consistent with the opinion, pursuant to sentence four of 42 U.S.C. §405(g). **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 8th day of March, 2010.

/s/ Erin L. Setser
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE